AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Agent: William D. Misner Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jose Angel ROSTRO-Ramirez

Case No. 26-mj-30544

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1, 2026 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

William D. Misner, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: September 4, 2026

City and state: Detroit, Michigan

Hon.Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, William D. Misner, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since August 28, 2010. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Jose Angel ROSTRO-RAMIREZ, aka Jose RAMIREZ, which attests to the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Jose Angel ROSTRO-RAMIREZ is a thirty-two-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about March 15, 2020, ROSTRO-RAMIREZ was encountered by United States Border Patrol Agents near Bracketville, Texas. ROSTRO-RAMIREZ was given an Expedited Removal and removed to Mexico the same day.

5. On or about June 6, 2020, ROSTRO-RAMIREZ was encountered by United States Border Patrol Agents near Eagle Pass, Texas, and issued a Title 42 Removal.

6. On or about May 30, 2022, ROSTRO-RAMIREZ was arrested near Chamblee, Georgia, for Driving Without a License. He was convicted on or about July 11, 2022, and sentenced to 2 days' confinement, suspended upon being fingerprinted and $700 fine.

7. On or about September 17, 2022, ROSTRO-RAMIREZ was arrested near Norcross, Georgia, for Driving Without a License and Driving Under the Influence. A warrant was issued for his arrest for failure to appear. Records indicate that the warrant remains outstanding.

9. On or about September 1, 2026, Jose Angel ROSTRO-RAMIREZ was encountered by Chesterfield Police Department, Michigan, during a traffic stop. Chesterfield Police requested assistance with identification from United States Border Patrol. After the Border Patrol Agent communicated with ROSTRO-RAMIREZ, he admitted he was a citizen of Mexico, with no status in the United States. ROSTRO-RAMIREZ said he illegally re-entered the United States in June 2025, by swimming across the river, then travelling to Michigan, where he has lived since that date. ROSTRO-RAMIREZ was surrendered to the United States Border Patrol and transported to the Marysville Border Patrol Station for processing. Jose Angel ROSTRO-RAMIREZ'S Final Order of Removal was Reinstated.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Review of the alien file (A# xxx xxx 484) for Jose Angel ROSTRO-RAMIREZ, and queries in U.S. Border Patrol computer databases confirm no record exists of Jose Angel ROSTRO-RAMIREZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on March 15, 2020.

12. Based on the above information, I believe there is probable cause to conclude that Jose Angel ROSTRO-RAMIREZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to

re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

William D. Misner, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge